UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-30860 |
|---|---|
| MICHAEL P TALKINGTON, SR | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3970491**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 12 | CHAPEL ELECTRIC<br>207 EAST 6TH ST<br>DAYTON, OH  45401 | 150.00 |
| 8/ 10 | CASHLAND<br>36 W THIRD ST<br>DAYTON, OH  45402 | 69.53 |
| 9/ 25 | UNION MANAGEMENT LLC<br>FIRST AMERICAN FINANCIAL SERV<br>750 BROAD ST SUITE 220<br>CLEVELAND, OH  37311 | 17.25 |

/s/ Jeffrey M. Kellner
───────────────────────────
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 8/25/2009

Case 3:04-bk-30860   Doc 52   Filed 08/25/09   Entered 08/25/09 09:19:33   Desc Main
Document      Page 2 of 2

Certificate of Service        04-30860

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

MICHAEL P TALKINGTON, SR
4015 FARNHAM AVE
DAYTON, OH  45420

LESTER R THOMPSON
1340 WOODMAN DR
DAYTON, OH  45432

(53.1n)
BARBARA K HAMILTON
BECKETT & LEE
BOX 35480
NEWARK, NJ  07193

(10.1)
CASHLAND
36 W THIRD ST
DAYTON, OH  45402

(12.1)
CHAPEL ELECTRIC
207 EAST 6TH ST
DAYTON, OH  45401

(54.1n)
RESURGENT CAPITAL SERVICES
FOR LVNV FUNDING LLC
BOX 10675
GREENVILLE, SC  29603

(25.1)
UNION MANAGEMENT LLC
FIRST AMERICAN FINANCIAL SERV
750 BROAD ST SUITE 220
CLEVELAND, OH  37311

Jeffrey M. Kellner BY       /s/ Jeffrey M. Kellner        cs

0430860_42_20090825_0732_278/T317_cs